928 F.2d 1131
 Federal Kemper Insurance Company
v.
Sicherman (Surena M.), Estate of Sicherman (Andrew C.),
Charles (Robert W., Jay W.), Davis (Joseph K.,
Shirley A.), Estate of Davis (Jo Ann);
Davis (Joseph K., Shirley A.),
Estate of Davis (Jo Ann)
 NOS. 90-1542, 90-1543
 United States Court of Appeals,
Third Circuit.
 FEB 05, 1991
 
 Appeal From: E.D.Pa.,
 Van Antwerpen, J.,
 
 739 F.Supp. 991
 
 1
 AFFIRMED.